IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR BLACKNELL,

      Plaintiff,                       No. CIV S-06-0833 FCD GGH P

      vs.

CALIFORNIA MEDICAL FACILITY,
et al.,                                       ORDER

      Defendants.
_____/

      This matter was removed to federal court by defendant R. Martinez, on April 18, 2006, from Solano County Superior Court, where this action had been filed by plaintiff on February 15, 2006.  The action was removed by defendant Martinez, who avers that she is the only named and served defendant,[1] on the basis that this court has original jurisdiction under 28 U.S.C. § 1331 (federal question), pursuant to 28 U.S.C. § 1441(b), because the allegations implicate the Eighth and Fourteenth Amendments.

      Defendant moves the court to screen plaintiff's complaint under 28 U.S.C 1915A, waiving, under 42 U.S.C. § 1997e(g), her responsibility to file a response to the complaint within five days of a petition for removal, pursuant to Fed. Civ. P. 81(c).  Defendant also seeks a sixty-

---

[1] From the filings submitted by defendant, it is evident that plaintiff named California Medical Facility, whether appropriately or not, as well as Officer Martinez, as a defendant.

1

1 day extension of time to file a responsive pleading upon the issuance of the court's order upon
2 screening the complaint.
3       The undersigned has reviewed plaintiff's allegations, keeping in mind that courts
4 have a duty to construe pro se pleadings liberally (<u>Eldridge v. Block</u>, 832 F.2d 1132, 1137 (9th
5 Cir. 1987), citing <u>Hughes v. Rowe</u>, 449 U.S. 5, 9, 101 S. Ct. 173 (1980), in turn quoting <u>Haines
6 v. Kerner</u>, 404 U.S. 519, 520, 92 S. Ct. 594, 595-596, 176 (1972)), including complaints (<u>Zichko
7 v. Idaho</u>, 247 F.3d 1015, 1020 (9th Cir. 2001) (noting, in particular, that motions and pleadings by
8 pro se prisoners must be construed liberally)).
9       The court finds plaintiff's allegations to be cognizable under 42 U.S.C. § 1983
10 and 28 U.S.C. § 1915A(b); if the allegations of the complaint are proven, plaintiff has a
11 reasonable opportunity to prevail on the merits of this action.
12       The court now directs defendants to file a response, in the form of an answer or a
13 motion, to the complaint within thirty (30) days of the filed date of this order.
14       In accordance with the above, IT IS HEREBY ORDERED that:
15       1. Defendant Martinez's April 18, 2006, request for an extension of time to file a
16 responsive pleading is partially granted;
17       2. Defendants must file their responsive pleading to plaintiff's complaint within
18 thirty days of the filed date of this order;
19       3. Should defendants' response be in the form of a motion to dismiss, plaintiff
20 must file any opposition within thirty days of service of any such motion; defendants will have
21 seven days thereafter to file a reply.
22 DATED:  6/19/06

                      /s/ Gregory G. Hollows

                      GREGORY G. HOLLOWS
                      UNITED STATES MAGISTRATE JUDGE

GGH:009
blac0833.1