IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR BLACKNELL,

    Plaintiff,                 No. CIV S-06-0833 FCD GGH P

    vs.

CALIFORNIA MEDICAL FACILITY, et al.,

    Defendants.           ORDER

/

    Plaintiff has requested an extension of time to file and serve an opposition to the defendants' July 7, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's August 8, 2006 request for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to the defendants' July 7, 2006 motion to dismiss.

DATED: 8/15/06

                         /s/ Gregory G. Hollows

                         GREGORY G. HOLLOWS
                         UNITED STATES MAGISTRATE JUDGE

GGH:bb
blac0833.36