IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VICTOR BLACKNELL,<br><br>                              Plaintiff,<br><br>       v.<br><br>CALIFORNIA MEDICAL FACILITY, et al.,<br><br>                              Defendants. | Case No. 2:06-CV-833 FCD GGH P<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS** |

Defendant has requested an extension of time, up to and including September 12, 2006, in which to file a reply to Plaintiff's opposition to Motion to Dismiss. The Court has read and considered the ex parte request and accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that the ex parte request for an extension of time is GRANTED. The time in which Defendant may file a reply to Plaintiff's opposition to Motion to Dismiss is extended up to and including September 12, 2006.

Dated: 9/1/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

blac0833.po
SF2006200411

[Proposed] Order Granting Def.'s Ex Parte Application for EOT           *Blacknell v. CMF, Martinez, et al.*
                                                                         2:06-CV-833 FCD GGH PC

1